**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**-o0o-**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-mj-0198-CWH |
| ) | |
| vs. ) | **ORDER MODIFYING BOND** |
| ) | |
| STEVEN ABOULAFIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Due to a clerical error the condition that the defendant must pay all or part of the cost of the  program based upon his ability to pay as the pretrial services office or supervising officer determines was omitted from the Appearance Bond, Document #4, issued March 12, 2013.

IT IS HEREBY ORDERED that the following condition, previously ordered, be incorporated into the Appearance Bond, Docket #4, issued March 12, 2013. The defendant must pay all or part of the cost of the  program based upon his ability to pay as the pretrial services office or supervising officer determines.

DATED this 15th day of March, 2013.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge